IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| INTEGRATED HEALTH SERVICES, INC., et al., | Case No. 00-389 (MFW) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 12166 |

## NOTICE OF APPEAL

Abe Briarwood Corporation ("Briarwood"), pursuant to 28 U.S.C. Section 158(a) and Federal Rule of Bankruptcy Procedure 8001, hereby files its Notice of Appeal.

Briarwood appeals to the United States District Court for the District of Delaware from the United States Bankruptcy Court Order, dated as of June 20, 2006, and entered on the Bankruptcy Court's docket on June 20, 2006 (Docket No. 12166).

The names of all parties to the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

1. IHS Liquidating L.L.C.

    Robert S. Brady, Esquire
    Edmon L. Morton, Esquire
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19899-0391
    Phone: (302) 571-6600

    Arthur Steinberg, Esquire
    Lester M. Kirshenbaum, Esquire
    Kaye Scholer LLP
    425 Park Avenue
    New York, New York 10022-3598
    Phone: (212) 836-8000

DM3\376313.1

    2.    Abe Briarwood Corporation

Frederick B. Rosner, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: (302) 657-4900

Abraham Backenroth, Esquire
Scott Krinsky, Esquire
Backenroth Frankel & Krinsky LLP
489 Fifth Avenue, 28th Floor
New York, New York 10017
Phone: (212) 593-1100

Dated: June 27, 2006

**DUANE MORRIS**

By: /s/ *Frederick B. Rosner*
    Frederick B. Rosner (ID No.3995)
    1100 North Market Street, Suite 1200
    Wilmington, Delaware 19801-1246
    Tel: (302) 657-4900
    Fax: (302) 657-4901

**BACKENROTH FRANKEL & KRINSKY LLP**

By: /s/ *Abraham Backenroth*
    Abraham Backenroth (AB-1989)
    489 Fifth Avenue, 28th Floor
    New York, New York 10017
    Tel: (212) 593-1100
    Fax: (212) 644-0544

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, | ) | Case Nos. 00-389 (MFW) |
| INC., et al., | ) | through 00-825 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered Under |
| | ) | Case No. 00-389 (MFW)) |

**O R D E R**

**AND NOW,** this **20th** day of **JUNE, 2006,** upon consideration of the Motions of Abe Briarwood Corporation ("Briarwood") to Compel the Debtors to Comply with the Stock Purchase Agreement and to Permit it to Release Certain Funds Held by it in Escrow and the responses of the IHS Liquidating LLC (the "LLC") thereto, and for the reasons stated in the accompanying Opinion, it is hereby

**ORDERED** that the Motion of the LLC for leave to file a supplemental memorandum is hereby **GRANTED;** and it is further

**ORDERED** that Motions of Briarwood are hereby **DENIED;** and it is further

**ORDERED** that the LLC's counterclaims, except with respect to its request that Briarwood be compelled to replace the letters of credit related to the Greenwich Insurance Company bonds, are hereby **DENIED;** and it is further

**ORDERED** that a hearing to consider the LLC's request that Briarwood be compelled to replace the letters of credit or

collateral related to the Greenwich Insurance Company bonds is rescheduled for status hearing on June 27, 2006, at 2:00 pm.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Robert S. Brady, Esquire[1]

---

[1] Counsel for the LLC shall serve a copy of this Order and accompanying Opinion on all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Counsel for IHS Liquidating L.L.C.

Arthur Steinberg, Esquire
Lester M. Kirshenbaum, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022-3598
Counsel for IHS Liquidating L.L.C.

Abraham Backenroth, Esquire
Backenroth Frankel & Krinsky LLP
489 Fifth Avenue, 28th Floor
New York, New York 10017
Counsel for Abe Briarwood Corporation

Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
1201 N. Orange Street, Suite 1001
Wilmington, DE 19899-0391
Counsel for Abe Briarwood Corporation

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court

824 Market Street
Wilmington, DE 19801
(302) 252-2900

Date:   August 4, 2006

To:     Clerk of Court
        U.S. District Court
        District of Delaware
        Wilmington De 19801

Re      **Integrated Health Services Inc. et al
        Bankruptcy Case #00-389
        Appeal #06-42
        Cross Appeal #06-43**

Enclosed you will find **Notice of Appeal 06-42 docket #12172, Order docket #12166, Notice of Cross Appeal docket #12180.**
Related Docket Entries: **Appellant's Designation docket #12182, #12205.**
**Appellee/Cross Appellant Designation docket #12195.**

Kindly acknowledge receipt of this document. Betsy_Magnuson@DEB.uscourts.gov

                                        Sincerely,
                                        /s/ Betsy Magnuson
                                        Deputy Clerk

I hereby acknowledge receipt of the above transferred record this ___day of _____2003.


By:_____
        Deputy Clerk

                                        _____ Supervisor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**Intergrated Health Services Inc., et al.**
Bankruptcy Case No. 00-389                                    August 4, 2006
Appeal No.: 06-42
Cross Appeal No. 06-43


| | |
|---|---|
| **Name of Appellant:** | Abe Briarwood Corporation |
| **Counsel for Appellant:** | Frederick B Rosner |
| | 1100 North Market Street   suite 1200 |
| | Wilmington DE 19801 |


| | |
|---|---|
| **Name of Appellee:** | Intergrated Health Services Inc., et al. |
| **Counsel for Appellee:** | Robert S Brady |
| | 1000 West Street 17th Floor |
| | Wilmington DE 19899 |


**Enclosed Items:**
Notice of Appeal: docket # 12172, Order #12166
Notice of Cross Appeal docket # 12180

Appellant: Designation: docket  # 12182, #12205
Appellee/Cross-Appellant: Designation:  docket  # 12195