IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., et al., | ) | Case No. 00-389 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 12166 & 12172 |

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES FOR APPEAL**

Abe Briarwood Corporation ("Briarwood"), pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby files its designation of items to be included in the record and statement of the issues for appeal to the United States District for the District of Delaware, from the Bankruptcy Court Order, dated as of June 20, 2006, and entered on the Bankruptcy Court's docket on June 20, 2006 (Docket No. 12166), pursuant to Briarwood's Notice of Appeal filed on June 27, 2006 (Docket No. 12172), as follows:

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

| Exhibit Number | Docket Number | Description |
|---|---|---|
| 1 | 11399 | Briarwood's Motion to Compel/Motion by Briarwood to Compel Debtor to Comply with the Stock Purchase Agreement |
| 2 | 11668 | IHS Liquidating LLC's ("IHS LLC") Response to Briarwood's Motion to Compel LLC to Comply with the Stock Purchase Agreement and Cross-Motion for Affirmative Relief |
| 3 | 11686 | Briarwood's Response to LLC's Cross-Motion and/or Response to Briarwood's Motion to Compel IHS LLC to Comply with the Stock Purchase Agreement |
| 4 | 11732 | Certification of Counsel Regarding Pre-Trial Order |
| 5 | 11805 | Transcript of Trial Hearing Before Honorable Mary F. Walrath Held on July 13, 2005 |

| 6 | 11815 | Transcript of Testimony From Deposition of Mel Feder and Complete Designation Thereof |
|---|---|---|
| 7 | 11835 | Transcript of Trial Hearing Before Honorable Mary F. Walrath Held on August 10, 2005 |
| 8 | 11858 | Briarwood's Objection to the Branch of IHS LLC's Cross-Motion Relating to the Greenwich Letter of Credit |
| 9 | 11867 | Stipulation Between LLC and Briarwood |
| 10 | 11896 | Stipulation Extending Deadline To File Post-Trial Submissions Regarding Briarwood's Motion to Compel the Debtors to Comply With the Stock Purchase Agreement |
| 11 | 11906 | Briarwood's Brief/Post-Trial Brief in Support of Its Motion to Compel the IHS LLC to Comply with the Stock Purchase Agreement and in Opposition to the Cross-Motion |
| 12 | 11907 | IHS LLC Memorandum of Law (I) In Further Opposition to Briarwood's Motion to Compel IHS LLC to Comply With the Stock Purchase Agreement and (II) In Further Support of Its Cross-Motion for Affirmative Relief |
| 13 | 11937 | IHS LLC's Motion for Leave to File Supplemental Memorandum |
| 14 | 11942 | Briarwood's Objection to the Liquidating LLC's Motion for Leave to File Supplemental or Reply Post-Trial Papers to Briarwood's Post-Trial Brief |
| 15 | 12020 | Notice and Motion of Abe Briarwood Corp. for an Order Permitting it to Release Certain Funds in the Amount of $1,554,815.41 Which it is Holding in Escrow Pursuant to a Letter Agreement with the Liquidating LLC |
| 16 | 12058 | Response to Motion of Abe Briarwood Corp. for an Order Permitting it to Release Certain Funds in the Amount of $1,554,815.41 Which it is Holding in Escrow Pursuant to a Letter Agreement with the Liquidating LLC |
| 17 | 12061 | Motion for Leave of Abe Briarwood Corp. Pursuant to Del. Bankr. LR 9006-1(d) to File a Reply in Support of Its Motion for an Order Permitting It to Release Certain Funds in the Amount of $1,554,815.41 which it is Holding Pursuant to a Letter Agreement with IHS Liquidating LLC |

| 18 | 12070 | Order Granting Motion by Abe Briarwood Corp. for Leave to File a Reply in Support of Its Motion for an Order Permitting It to Release Certain Funds in the Amount of $1,554,815.41, Which It is Holding Pursuant to a Letter Agreement with IHS Liquidating LLC |
|---|---|---|
| 19 | 12084 | Transcript of Hearing Before Honorable Mary F. Walrath Held on February 7, 2006 |
| 20 | 12123 | Notice of Completion of Briefing |
| 21 | 12165 | Opinion Granting In Part and Denying In Part. Granting Motion of Integrated Health Services for leave to file a supplemental and Denying Motions of Briarwood to Compel Compliance |
| 22 | 12166 | Order Granting In Part and Denying In Part. Granting Motion of Integrated Health Services for leave to file a supplemental and Denying Motions of Briarwood to Compel Compliance |
| 23 | 12172 | Notice of Appeal |
| 24 | | Briarwood's Trial Exhibits 1-8, 17-27, 29-31 |
| 25 | | IHS LLC's Trial Exhibits 1-14 & 16-30 |
| 26 | | Briarwood's Rebuttal Testimony For Mel Feder |

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1.  Whether the Bankruptcy Court erred in denying Briarwood's motion to compel (the "Motion To Compel") the Debtors to comply with that certain Stock Purchase Agreement ("SPA").

2.  Whether the Bankruptcy Court erred in denying the branch of Briarwood's Motion To Compel, which sought to compel IHS LLC to reimburse Briarwood for approximately $2 million in trust fund taxes for employee wages that accrued prior to the closing ("Closing") of the SPA, which the Debtors failed to pay.

3.  Whether the Bankruptcy Court erred in denying the branch of Briarwood's Motion To Compel, which sought to compel IHS LLC to reimburse Briarwood for

approximately $9.5 million in overpayments made by Georgia Medicaid authorities to the Debtors prior to the Closing, which the Debtors failed to pay.

    4.    Whether the Bankruptcy Court erred in denying Briarwood's motion to permit it to release certain funds in the amount of $1,554,815.41, which had been paid by the United States Centers for Medicare and Medicaid Services to the IHS LLC, and held in escrow by Briarwood.

    Briarwood reserves the right to modify, restate and/or supplement the foregoing designation of items and statement of issues to the fullest extent permitted by the Bankruptcy Code and Rules.

Dated: July 7, 2006
       Wilmington, Delaware

**DUANE MORRIS**

By: _____
Frederick B. Rosner (ID No.3995)
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901

-and-

**BACKENROTH FRANKEL & KRINSKY LLP**

By: /s/ *Abraham Backenroth*
Abraham Backenroth (AB-1989)
489 Fifth Avenue, 28th Floor
New York, New York 10017
Telephone:   (212) 593-1100
Facsimile:    (212) 644-0544