UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| INTEGRATED HEALTH SERVICES, INC, et al., | ) | Case No. 00-389 (MFW) |
| | ) | |
| | ) | (Jointly Administered) |
| Plaintiffs. | ) | |
| | ) | |

**APPELLEE/CROSS-APPELLANT IHS LIQUIDATING LLC'S
DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES ON
CROSS-APPEAL (NOTICE OF APPEAL FILED JUNE 27, 2006)**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, IHS Liquidating LLC (the "Liquidating LLC"), as appellee, hereby submits this designation of an additional item to be included in the record on appeal with respect to the Notice of Appeal [*see* Docket No. 12172] and Notice of Cross-Appeal [*see* Docket No. 12180], from the Order of the Honorable Mary F. Walrath, entered on June 20, 2006 [*see* Docket No.12166], in the above-captioned chapter 11 cases.

| DATE | DOCKET NO. | DOCUMENT |
|---|---|---|
| 7/7/2006 | 12180 | Notice of Cross-Appeal |

**STATEMENT OF ISSUES ON CROSS-APPEAL**

1. Whether the Court erred in denying the Liquidating LLC's counterclaim for attorney's fees alleged in Count I of the *IHS Liquidating LLC's Responses to Briarwood's Motion to Compel the Debtors to Comply with the Stock Purchase Agreement and Cross-Motion for Affirmative Relief* [Docket No. 11668] (the "Cross-Motion").

2. Whether the Court erred in finding that there was no "prevailing party" within the meaning of section 11.1 of the Stock Purchase Agreement between Integrated Health Services, Inc. and Abe Briarwood Corp., even though the Liquidating LLC prevailed with respect to all of the claims asserted in *Briarwood's Motion to Compel the Debtors to Comply with the Stock Purchase Agreement* [Docket No.11399] (the "Motion to Compel").

3. Whether the Court erred in denying in part the Liquidating LLC's counterclaim for relief with respect to Count IV of the Cross-Motion.

4. Whether the Court erred in finding that there was no "prevailing party" within the meaning of section 11.1 of the Stock Purchase Agreement between Integrated Health Services, Inc. and Abe Briarwood Corp., even though the Court accepted the Liquidating LLC's arguments in favor of the declaratory relief requested in Count IV of the Cross-Motion, and only denied Count IV to the extent that the Liquidating LLC sought an order directing Briarwood to pay or cause IHS Long Term Care, Inc. to pay obligations of Integrated Health Services, Inc. arising under a settlement agreement with Rotech Medical Corp.

Dated: Wilmington, Delaware
July 17, 2006

        YOUNG CONAWAY STARGATT
        & TAYLOR, LLP

By: _____
        Robert S. Brady (No. 2847)
        Edmon L. Morton (No. 3856)
        Joseph M. Barry (No. 4221)
        Kenneth J. Enos (No. 4544)

The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 571-6731
Fax: (302) 571-1253

- and -

KAYE SCHOLER LLP
Michael J. Crames
Arthur Steinberg
Marc D. Rosenberg
425 Park Avenue
New York, NY 10022-3598
Tel: (212) 836-8000
Fax: (212) 836-8689

*Attorneys for IHS Liquidating LLC, Appellee/Cross-Appellant*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., et al., | ) | Case No. 00-389 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE )
                   ) SS
NEW CASTLE COUNTY  )

Thomas Hartzell, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Liquidating LLC in the within captioned matter, and that on the 17th day of July 2006, he caused a copy of the attached pleading to be served, as indicated, upon the parities listed on the attached service list.

_____
Thomas Hartzell

SWORN TO AND SUBSCRIBED before me this ____ day of July 2006.

_____
Notary Public

KIMBERLY A. DEE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Oct. 1, 2008

**SERVICE LIST**
**Integrated Health Services, Inc.**
**7/17/2006**

| | |
|---|---|
| Abraham J. Backenroth, Esq.<br>Backenroth Frankel & Krinsky LLP<br>489 Fifth Avenue<br>New York, NY 10017<br>(Co-counsel for Briarwood)<br>*First Class Mail* | Frederick B. Rosner, Esq.<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>Co-counsel for Briarwood<br>*Hand Delivery* |