IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| INTEGRATED HEALTH SERVICES et al. | : | Bankruptcy Co. No. 00-00389 |
| Debtors | : | |
| ABE BRIARWOOD CORPORATION | : | |
| Appellant | : | |
| v. | : | Civil Action No. 06-479 GMS |
| IHS LIQUIDATING LLC | : | |
| Appellee | : | |

## ORDER

WHEREAS, on August 4, 2006, a Notice of Appeal of the Order of the Bankruptcy Court entered on June 20, 2006, was filed (D.I. 1);

WHEREAS, on August 8, 2006, this case was referred to the Appellate Mediation Panel, and further briefing was deferred; and

WHEREAS, on December 14, 2006, a notice of Completion of Mediation was filed by William H. Sudell, Jr., Esq. (D.I. 5).

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than January 15, 2007.

__12/15/06__
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED

DEC 15 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE