IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> INTEGRATED HEALTH SERVICES, INC., et al., ) <br> ) <br> Debtors. ) <br> ) <br> _____ ) <br> Abe Briarwood Corporation ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> IHS Liquidating LLC ) <br> ) <br> Appellee ) <br> _____ ) | Chapter 11 <br><br> Case No. 00-389 (MFW) <br><br><br><br> CA No. 06-479 (GMS) |

## CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of the **Opening Brief of Appellant** was made on February 7, 2007, upon the following individuals in the manner indicated:

| | |
|---|---|
| Robert S. Brady, Esquire <br> Edmon L. Morton, Esquire <br> Young Conaway Stargatt & Taylor LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 <br> *Via Hand Delivery* | Arthur Steinberg, Esquire <br> Lester M. Kirshenbaum, Esquire <br> Kaye Scholer LLP <br> 425 Park Avenue <br> New York, NY 10022 <br> *Via First Class Mail, Postage Pre-Paid* |

DM3\450697.1

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: February 7, 2007
      Wilmington, Delaware

**DUANE MORRIS LLP**

_____
Christopher M. Winter (DE 4163)
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: cmwinter@duanemorris.com