IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> INTEGRATED HEALTH SERVICES, INC., ) <br> et al., ) <br> ) <br>         Debtors. ) <br> ) <br> ABE BRIARWOOD CORPORATION ) <br> ) <br>    Appellant/Cross-Appellee ) <br> ) <br>         v. ) <br> ) <br> IHS LIQUIDATING LLC ) <br> ) <br>    Appellee/Cross-Appellant ) <br> ) | Chapter 11 <br><br> Case No. 00-389 (MFW) <br><br><br><br><br> Civil Action No. 06-479 (GMS) <br><br> (Consolidated Lead Case) |

**STIPULATION AND ORDER FURTHER MODIFYING BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED by and between the Abe Briarwood Corporation ("Briarwood") and IHS Liquidating LLC ("IHS"), as follows:

WHEREAS, on August 4, 2006, Briarwood filed a Notice of Appeal of the Order of the Bankruptcy Court entered on June 20, 2006, initiating Civil Action No. 06-479 (D.I. 1) (the "Appeal"); and

WHEREAS, on August 4, 2006, IHS filed a Notice of Cross-Appeal of the Order of the Bankruptcy Court entered on June 20, 2006, initiating Civil Action No. 06-480 (D.I. 1) (the "Cross-Appeal"); and

WHEREAS, on August 8, 2006, the Appeal and Cross-Appeal were referred to the Appellate Mediation Panel and briefing was deferred; and

WHEREAS, on December 14, 2006, a notice of Completion of Mediation was filed by William H. Sudell, Jr., Esq. in connection with the Appeal and Cross-Appeal; and

WHEREAS, on December 15, 2006, the Court issued Orders requiring the parties to submit a jointly proposed briefing schedule for the Court's consideration by no later than January 15, 2007 in connection with the Appeal and Cross-Appeal; and

WHEREAS, on January 15, 2007, the parties jointly submitted a briefing schedule (the "Original Briefing Schedule") whereby:

  a. Briarwood's opening brief in support of its Appeal (the "Briarwood Opening Brief") was due on or before February 7, 2007;

  b. IHS's brief in opposition to the Appeal and in support of its Cross-Appeal (the "IHS Opening Brief") would be due on or before March 7, 2007 (the "IHS Opening Brief Deadline");

  c. Briarwood's reply brief in further support of its Appeal and in opposition to the Cross-Appeal would be due on or before March 28, 2007 (the "Briarwood Reply Brief Deadline"); and

  d. IHS's reply brief in further support of its Cross-Appeal would be due on or before April 28, 2007 (the "IHS Reply Brief Deadline," and together with the IHS Opening Brief Deadline and the Briarwood Reply Brief Deadline, the "Appeal Brief Deadlines"); and

WHEREAS, on February 22, 2007, this Court approved the Original Briefing Schedule and consolidated the Appeal and Cross-Appeal under Civil Action No. 06-479 (GMS); and

WHEREAS, in accordance with the Original Briefing Schedule, on February 7, 2007, Briarwood filed the Briarwood Opening Brief; and

WHEREAS, on March 3, 2007, the Court approved a stipulation by and among the parties extending the deadlines set forth in the Original Briefing Schedule (the "Amended Briefing Schedule"); and

WHEREAS, on March 30, 2007, the Court approved a stipulation by and among the parties extending the deadlines set forth in the Amended Briefing Schedule (the "Second Amended Briefing Schedule"); and

WHEREAS, in accordance with the Second Amended Briefing Schedule, on May 3, 2007, IHS filed the IHS Opening Brief; and

WHEREAS, the primary attorneys for Briarwood since the inception of this dispute are currently engaged in urgent and time consuming bankruptcy and litigation matters, which have diverted their attention from the Appeal and the Cross Appeal in the short term and, as such Briarwood and IHS have agreed that a joint request to extend the Appeal Brief Deadlines would be appropriate; and

WHEREAS, Briarwood believes that the participation of these attorneys in the appellate briefing process is critical and that it would be a much more efficient and judicious use of resources to extend the briefing schedule as requested, rather than require an attorney other than Briarwood's primary attorneys on this matter to "get up to speed"; and

WHEREAS, the parties believe that modifying the Appeal Brief Deadlines in the manner set forth herein and the modest delay attendant thereto will impose little or no burden on the Court and will permit the parties to present a more complete and focused presentation of the issues involved in the Appeal and Cross-Appeal for the benefit of the Court.

NOW THEREFORE, in consideration of the foregoing, it is ORDERED and AGREED as follows:

1.  The Second Amended Briefing Schedule and Appeal Brief Deadlines are modified as set forth herein;

2.  The Briarwood Reply Brief Deadline shall be July 3, 2007;

3.  The IHS Reply Brief Deadline shall be August 2, 2007;

4.  The Court's approval of the modification of the Appeal Brief Deadlines as set forth herein is without prejudice to either party's right to seek a further extension of any Appeal Brief Deadline.

Dated: May 31, 2007

        **DUANE MORRIS**
        By: /s/ *Frederick B. Rosner*
        Frederick B. Rosner (No.3995)
        1100 North Market Street, Suite 1200
        Wilmington, Delaware 19801-1246
        Tel: (302) 657-4900
        Fax: (302) 657-4901

        - and -

        **BACKENROTH FRANKEL & KRINSKY LLP**
        Abraham Backenroth
        489 Fifth Avenue, 28th Floor
        New York, New York 10017
        Tel: (212) 593-1100
        Fax: (212) 644-0544

        Attorneys for Abe Briarwood Corporation

Dated: June _1_, 2007

        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

        Robert S. Brady (No. 2847)
        Edmon L. Morton (No. 3856)

Joseph M. Barry (No. 4221)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801-1246
Tel: (302) 571-6731
Fax: (302) 571-1253
jbarry@ycst.com

- and -

**KAYE SCHOLER LLP**
Arthur Steinberg
Lester M. Kirshenbaum
Marc D. Rosenberg
425 Park Avenue
New York, New York 10022-3598
Tel: (212) 836-8000
Fax: (212) 836-8689

Attorneys for IHS Liquidating LLC

SO ORDERED, this ___ day of June, 2007

_____
Gregory M. Sleet
United States District Judge