IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., et al., | ) ) ) | Case No. 00-389 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) ) ) | |
| | ) | |
| Abe Briarwood Corporation | ) ) | |
| Appellant/Cross-Appellee, | ) ) | CA No. 06-479 (GMS) |
| v. | ) ) ) | |
| IHS Liquidating LLC, | ) ) | |
| Appellee/Cross-Appellant. | ) | |

## STIPULATION OF DISMISSAL OF APPEAL AND CROSS APPEAL

IT IS HEREBY STIPULATED AND AGREED that:

Appellant/Cross-Appellee Abe Briarwood Corporation and Appellee/Cross-Appellant IHS Liquidating LLC, pursuant to the *Order Pursuant to Bankruptcy Rule 9019(a) of the Federal Rules of Bankruptcy Procedure Approving the Proposed Settlement and Release with Abe Briarwood Corp.,* entered by the Bankruptcy Court February 20, 2008 in Case No. 00-389 (MFW) [Docket No. 12530], and the Settlement and Release, dated January 31, 2008, hereby jointly stipulate to the dismissal of the above-referenced appeal with prejudice, pursuant to Fed. R. App. Proc. 41, with each party to bear its own costs and attorneys' fees.

---

Dated: Wilmington, Delaware
       March 26, 2008

YOUNG CONWAY STARGATT & TAYLOR, LLP

By: _____
James L. Patton (No. 2202)
Robert S. Brady (No. 2847)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street
Wilmington, DE 19899-0391
(302) 571-6600

- and -

KAYE SCHOLER LLP
Arthur Steinberg
Marc D. Rosenberg
Ana Alfonso
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000

Counsel for IHS Liquidating LLC

Dated: Wilmington, Delaware
       March 26, 2008

Duane Morris LLP

By: /s/ Frederick B. Rosner
Frederick B. Rosner (No. 3995)
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
(302) 657-4900

- and -

BACKENROTH FRANKEL & KRINSKY LLP
Abraham Backenroth (AB-1989)
489 Fifth Avenue, 28th Floor
New York, NY 10017
(212) 593-1100

Counsel for Abe Briarwood, Corp.